# *Exhibit 8*



**KESSLER**TOPAZ
**MELTZER**CHECK LLP

ATTORNEYS AT LAW

Writer's Direct Dial:  610-822-2209
E-Mail: ezagar@ktmc.com
*Please reply to the Radnor Office*

March 2, 2018

**VIA FEDEX**
James D. Wareham
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, DC 20006

**Re:   Stockholder Demand**

Dear Mr. Wareham:

Please advise regarding (i) the status of the Review Group's consideration of my client Dr. Scott King's January 8, 2018 letter, and (ii) when I can expect to receive a response.  As you may recall, the letter raised several concerns regarding the propriety of the Review Group's investigation of my client's demand letter dated May 25, 2017.

KESSLER TOPAZ
MELTZER & CHECK, LLP

Eric L. Zagar

ELZ/ld

cc:   Xiao Wang
Jeremy S. Friedman

280 King of Prussia Road, Radnor, Pennsylvania 19087  T. 610-667-7706  F. 610-667-7056  info@ktmc.com
One Sansome Street, Suite 1850, San Francisco, California 94104  T. 415-400-3000  F. 415-400-3001  info@ktmc.com
WWW.KTMC.COM