# *Exhibit 9*

**Fried, Frank, Harris, Shriver & Jacobson LLP**

**FRIED FRANK**

One New York Plaza
New York, New York 10004
Tel: +1.212.859.8000
Fax: +1.212.859.4000
www.friedfrank.com

Direct Line: (202) 639-7040
James.wareham@friedfrank.com

March 16, 2018

**VIA FEDERAL EXPRESS**

Eric L. Zagar, Esq.
Kessler Topaz Meltzer & Check, LLP
280 King of Prussia Road
Radnor, Pennsylvania 19087

    Re:    <u>Letter Sent on Behalf of Dr. Scott King</u>

Dear Mr. Zagar,

    I write on behalf of Under Armour, Inc. (the "Company") in response to your letters of January 8 and March 2, 2018. The Company has provided the Review Group with your correspondence. Please direct further correspondence relating to your letters and the matters addressed therein to counsel for the Review Group, David D. Aufhauser, Esq. of Williams & Connolly LLP.

Sincerely,

James D. Wareham

cc:    David D. Aufhauser, Esq. (*via email*)
       Xiao Wang, Esq. (*via email*)